DATE: 03/13/2017        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 1
TIME: 14:23:09                   NON-COMPLIANT LAWYERS                 USER ID:
jilgenfr
                                    ACTIVE
                                                                      REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____

Philadelphia                    72739  Aigeldinger III, Allan Jacob
                                15640  Alva, Daniel Paul
                                90932  Alva, Jeremy-Evan
                                81276  Augustine, Dana M Hinerman
                                38924  Azorsky, Gary L.
                                81829  Baird, Kevin R.
                                65291  Batoff, Brett Wynn
                                20685  Bellace, Janice R.
                               205956  Bruen, Geoffrey Daniel
                               203468  Buchinsky, KimberlyAnn
                                87993  Canelo, Henry F.
                               310014  Caruso, Santo R.
                                42253  Chambers Jr., Howard Kenneth
                                67751  Coleman, Lisa K.
                               203262  Colin, Kyle Francis
                                61480  Collier II, Edmond Joseph
                                23733  Dalton, Frances E.
                               308004  DeAngelo, Joseph George
                                18011  Dixon, Robert J.
                                90079  Doran, Leigh N.
                                92493  Downie, Thomas Steven
                                69192  Ercole, Charles A.
                                17898  Etkin, Michael Allan
                                44097  Felman, Jan E.
                               311309  Garson, Wesley Michael
                                86309  Gerber, Michael Franklin
                               205226  Gian-Grasso, Brennan Joseph
                               205102  Gil, Anthony
                                83884  Graziano, Michael C.
                               209560  Gregg, Cherri Teresa
                                83680  Guerriero, Salvatore R.
                                94923  Haley, Sarah B.
                                57247  Hannah III, Lewis P.
                                49987  Harty, Thomas S.
                                62823  Jaron, Helene Schwartz
                                58500  Joseph, Arnold C.
                                73963  Keddie III, Robert Wilson
                               202618  Kim, Richard
                                73842  Koutcher, Jonathan B.
                               210277  Kuhn III, Richard Raymond
                                78503  LaVine, Jordan Andrew
                                88445  Lee, Nancy J.
                                51408  Levin, Craig Robert
                                68997  Lohr, Terrance G.
                                46442  Mannix, Christopher D.
                                88147  Marcus, Jonathan R.
                                40175  Markey, Jeanne Ann
                                93472  Martucci Jr., John Joseph
                               205097  McClinton, Joanna Elizabeth

```
         201402  McGrath III, John Joseph
          79184  Mester, Laurence Andrew
          46677  Morrin, William B.
          93568  Nguyen, Kim N.
```

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 2
TIME: 14:23:09                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr

                                        ACTIVE

                                                                          REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____

```
Philadelphia( Continued )        85435  O'Shea, Andrew V.
                                 93664  Panditaratne, Harsinie Wasitha
                                 85987  Passerin, Forrest T.
                                 92220  Perez, Benjamin Gerjoy
                                 42853  Pond, Samuel H.
                                 46827  Quasti Jr., Alfred J.
                                200944  Quinlan, James Joseph
                                 76630  Rigo, Barbara Rittinger
                                 68828  Robins, Sean
                                 34581  Rocci, Steven J.
                                 88858  Rodgers, James M.
                                 33015  Rosen, Harris Roy
                                 46499  Sagan, Bruce Adam
                                308946  Schlier, David Andrew
                                 89335  Silverman, Ryan Andrew
                                 78062  Smith, Andrew Marshal
                                310724  Smith, Harold Albert
                                 88993  Thomson, Barbara Susan
                                 86363  Tiagha, Kahiga A.
                                208578  Toll, Matthew
                                 15383  Tull, Kenneth
                                 41182  Vaughan, Joseph Edward
                                 61777  Voci Jr., Anthony Joseph
                                 76594  Willison, Michael Keith
                                310640  Wusinich, Joanna Frances
                                 66003  Zajac, Eric G.
                                201552  Zillas, Damien
```

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 3
TIME: 14:23:09                  NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                     ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____

Lancaster                          67193  Griffith, Judith A.
                                   47002  Stabler, Russell William

```
DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 4
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____
Northampton                      07905  Baurkot, George M.
                                 87198  Tita, Stephanie Marie
                                 07841  Wilkinson, Charles A.
```

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 5
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____

Allegheny                        49689  Adomitis, Andrew Frank
                                208450  Bauer, Anne Bryson
                                317034  Bogatay, James F.
                                317345  Brinker, Candace Lynn
                                317268  Certa, Pellegrino
                                208290  Change, Ronald Lee
                                312238  Craig, Daniel Patrick
                                 20835  Deluzio, Vincent C.
                                 88355  Devine, Bryan Christian
                                 83325  Elash, John Jason
                                 89574  Ford, Candace Marie Stamos
                                 47373  Franckhauser, Steven Paul
                                 55836  Guarnieri, Paul S.
                                209153  Harris, Franco Dokmanovich
                                 33462  Harvey, James William
                                 68729  Hayden, Thomas A. P.
                                204007  Johnston, Gregg Nathaniel
                                309610  Klett, Kirklin Tyler
                                 43585  Krahe, William Thomas
                                315955  Kukoyi, Olanrewaju Olufemi
                                 28900  Lampl, David W.
                                 44145  Lehman, Jeffrey Scott
                                 41902  MacPherson, Sandra Jean
                                310060  Machinak, Patricia R.
                                 10023  Messer, Howard F.
                                201253  Michael, Shawn R
                                 82007  Mills, Russell McKinney P.
                                317736  Miyamoto, Yoshiaki
                                317182  Molchan, Kathryn A
                                 22467  Neiman, Sanford
                                 81971  Parr, Darren Keith
                                 76442  Phillips, Jacqueline W.
                                309446  Pratt, Rodney Earl

```
     92908  Rewis, Joseph Patrick
     15606  Sander III, Malvin G.
     30808  Stanton, Robert Martin
     42165  Struk, Randolph T.
     91859  Urbanik-Gangone, Karen Christine
     85831  Van Meter, Ashlie Till
     50999  Williams, Ann Marie
    201645  Yoder, Bradley Ellsworth
```

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 6
TIME: 14:23:09                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____

_____
Erie
```
     61091  Kern, Bryan Scott
    204806  Marnen, Daniel Patrick
    205573  Strasser, Nathaniel Edmond
```

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 7
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____
_____

Bucks                              02092   Bell, William J. F.
                                  315680   Chaudhry, Imtiaz Manzoor
                                  308819   Coverdale, Katherine Vera
                                  209668   Grasso, Michelle
                                  316853   Kanakis, Anthony Peter
                                   17947   Kempes, Richard Scott
                                  207053   Kreutzer, Joy M.
                                   41789   Litt, Kerry Michael
                                   43293   Patton, Richard E.
                                  309884   Pillischer, Matthew John
                                   47627   Ponziano, Robert Brian
                                  313215   Richerts, James Joseph
                                  316539   Shantzer, Joshua Aaron
                                  207459   Spitkovsky, Julie
                                   52196   Watts, Melody C.

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 8
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____

Northumberland                    53223  Stuck, Gregory A.

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 9
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____
Cumberland                         82259  Gleason, Thomas P.
                                   87000  Mangan III, John Joseph
                                   88609  Mayernick IV, John
                                  207699  Ostman, James Ritchie Espino
                                   42478  Stuski, Margaret M.
                                   41301  Thomas, R. Mark

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 10
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____

_____
Westmoreland                    315483   Dooley, Clare Helen
                                209710   Wiltrout, Eric
                                 62921   Zydonik, Susan McIlwain

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 11
TIME: 14:23:09                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                         ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____

Luzerne                          41378  Nardone, John D.
                                 40935  Wendolowski, Raymond Paul

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 12
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____
_____
Dauphin                          77707  Ehresman, Kurt L.
                                 55480  Terz, Joseph J.

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 13
TIME: 14:23:09                   NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____

Chester                    209061  Boylan, Todd Philip

```
     23294  Close, John M.
     65177  Delaney, Matthew Sullivan
    313730  Gomez, Andrew Christopher
    317477  Haupt, Andrew Michael
    209034  Latham, Daniel
     67510  Lindsey, Caryn M.
     78359  McFadden, David Carter
     87419  Nash, Jennifer Susanne
     49774  O'Hayer, Michael
     62752  Revness, Michael Joseph
```

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 14
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME

_____

Union                              84445  Erb, Melanie Leigh

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____

_____
Clarion                          200889  Troese, John Patrick

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 16
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                       ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____
York                                07452  Barnes, Albert G.
                                    84677  Fraser, Kristen Marie

DATE: 03/13/2017            PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 17
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                  USER ID:
jilgenfr
                                       ACTIVE

                                                                    REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____
Berks                          77409   Froelich, James Christopher
                               11701   Haddad, Charles A.
                               90799   Monsour, Michael Murray

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 18
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                      ACTIVE
                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____

_____
Washington                       88292  Filipponi, Barbara J.
                                 90815  Francis, Joseph Christopher
                                317986  Mandak, Anthony Charles Martin

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 19
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____
Venango                       310462  Rohde, William Harry

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 20
TIME: 14:23:09                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                         ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____
_____
Lehigh                              59634  Achey, Brian Frederick
                                    45359  West, Caroline Haigh
                                    53881  Williamson, Carl B.

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 21
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____

_____
Delaware                            29335  Bechtle, Leigh Joseph
                                    53350  Campbell Jr., Patrick Conner
                                    94852  Clark, Theresa Marie
                                    45650  Crain, Terry Donald
                                    70093  Dale, B. Joyce Thompson
                                    66531  Else, Kevin Douglas
                                    81099  Epstein, Mark Neal
                                    11724  Harrington, Thomas R.
                                   310852  Holinsky, Ronald Alan
                                   205084  Holmes, Joshua David
                                   309316  Magnarella, Courtney Lynn
                                    87210  McDuffy Jr., Herbert
                                    32416  Miller, Joseph C.
                                    88415  Milligan, Nicholas C.
                                    81533  Morrow, Barbara Corr
                                    63251  Moscony Jr., Charles Edward
                                    83385  Ratigan, Brendan Dennis
                                    53732  Robertson Jr., John T.
                                    86663  Saini, Savinder Kaur
                                    77668  Shenkman, Arlen Robert
                                    81306  Tepper, Catherine Mary
                                    47910  Walsh, Timothy Patrick
                                    72943  Whitman, Patricia A.

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 22
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____
Armstrong                         87339  Yost, Debra L.

DATE: 03/13/2017           PENNSYLVANIA CONTINUING LEGAL EDUCATION           PAGE: 23
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE

                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____

Mercer                          205296  Ryan, James L.

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 24
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                      ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____

_____
Montgomery                        308772   Abrams, Jordana Frankel
                                   24441   Ballezzi, Michael P.
                                   63349   Beck III, Basil David
                                   92424   Bird, David James
                                   49741   Cole, Timothy S.
                                  205214   Cruz, Shaela
                                   42292   Dougherty, Gerald J.
                                   04909   Duffy, John J.
                                   76791   Hemphill, Meredith Scott
                                   33813   Kelly, Kevin Joseph
                                  203362   Kennerly, Maxwell Steed
                                   76497   McCartney Jr., Daniel W.
                                   40422   McHugh, Marilyn Anne
                                   88418   Murland, Jodi Cagan
                                   93925   Pepper, Courtney Erin
                                   94138   Phillips, Patrick Michael

```
204621  Romano Jr., Louis
 84716  Van Duyne-King, Julianna Gardy
318186  Watson, Monica Nicole
 80679  Weiss, Tracy Gilstrap
 89847  Yeamans, Caren Pocino
```

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 25
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____
_____

Bradford                              08513  Frawley Jr., Leonard J.

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION            PAGE: 26
TIME: 14:23:09                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                         ACTIVE

                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____
_____

Wyoming                          308032  Michaels, Timothy Mark

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 27
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                       ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____

Lackawanna                          60463  Cimini, Vincent
                                    60403  Lednovich, Joan
                                   206603  Olivetti, Jonathan Edward

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 28
TIME: 14:23:09                      NON-COMPLIANT LAWYERS                      USER ID:
jilgenfr
                                          ACTIVE
                                                                             REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____

Centre                          40783  Gorman, David C.

DATE: 03/13/2017        PENNSYLVANIA CONTINUING LEGAL EDUCATION           PAGE: 29
TIME: 14:23:09                   NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE

                                                                          REPORT:

ctrk_crt

_____

_____
Butler                            312608  Cox, Roger Alan
                                   11163  Meyer, Jared H.

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____
Lebanon                              06310   Christianson, George E.
                                     313443  Siegel-Mock, Stephanie Gail

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 31
TIME: 14:23:09                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

_____
_____

Out Of State                    163843  Abreu, Aismara Janet
                                310974  Alford, John Dale
                                 72951  Antolin, Stanislav
                                209912  Barmak, David Scott
                                 94686  Basso, Joseph
                                 86765  Battle, Jennifer A. L.
                                 49480  Bloom, David Steven
                                317105  Bogard, William James
                                 89085  Bradley, Elizabeth Bline
                                 27249  Brooks, James Ronald
                                 80934  Brucker, Scott Evan
                                205862  Camiso, Nichole
                                 90508  Christy, Mary Kim Sidell
                                205476  Chuey, Steven Joseph
                                309468  Cianflone, Matthew Maurice
                                 67868  Como, Frank Michael
                                 34401  Costagliola, Robert J.
                                 46571  Courtney, William James
                                 92181  Curci, Brian Eric
                                307917  Curley, Gregory Robert
                                 52998  Daniel, George J.
                                312329  Daniels, Seth Clinton
                                 49438  Dupee, Matthew David
                                307652  Emrich, Christopher Michael
                                311754  Endlein, Scott Jerome
                                209840  Entwistle, Andrew John
                                307263  Ferreira, Christina
                                 92380  Forbes, Lance Stuart
                                308540  Frier, Daniel Barnert
                                 33145  Gabbrielli, Tina Williams
                                310021  Gabriel, Mark Thomas
                                 94174  Gaffney, Joshua Michael
                                 90843  Gardner, Donnetta Moss
                                 71715  Goldstein, Jeffrey M.
                                 90214  Grall, John G.
                                309956  Gurjal, Tushar Abhay
                                 78929  Hanson Jr., Thomas E.
                                201522  Hartig, Mark Brian
                                 43174  Hayden, Diane DePriest
                                 64277  Healey, Arthur T.
                                 79776  Higgs, Julie Agnes
                                201786  Hopkins, Kristen Margaret
                                 61436  Horenstein, Richard Bruce
                                 28302  Howard, James Elliot
                                308285  Hutchinson, Jamie Lyn
                                 43436  Hutchison, Gregg Hugh

```
           310680  Iruobe, Emalohi Louisa
           202998  Jester, Jeremy James
            51841  Johnson, Robin Bridges
            90362  Jones Jr., Marquis DeLafayette
           308465  Joseph, Bennitta Lisa
           308410  Josephson, Michael
           310030  Joyce, Patrick Charles
```

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 32
TIME: 14:23:09                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED

```
_____
_____
Out Of State( Continued )         93643  Kamvosoulis, Athanasio
                                 308668  Lazovitz, Joel
                                  70626  Lee, Lawrence C.
                                  78074  Levy, Adam Eli
                                 206614  Lubcher, Steven Scott
                                 310090  Maloney, Nekeshia Maria
                                 306801  Martin, Melissa Pierre
                                  36699  Masciocchi, Francis J.
                                 208369  McCullough, Christen Elizabeth
                                 162056  McDonough, Sean M
                                 209757  McGroarty, Shannon Leigh
                                  65809  McHugh Jr., James J.
                                  39876  McNulty, Paul Joseph
                                  51316  McPherson, Kenneth Everett
                                 307707  Meckley, Joellen Catharine
                                  72161  Mellas, Lisa
                                  83941  Michel, Christian Carl
                                 304839  Miller, Joshua Dallas
                                 309879  Mollenthiel, Ashley Theresa
                                  27329  Morrison, Vincent J.
                                 208261  Nelson, Monica Y.
                                 309828  Norquest, Douglas Kenneth
                                  63729  Nuzzolillo, Maria
                                  36271  O'Brien, Michael P.
                                  90335  O'Hara, Peter J.
                                  84460  O'Rourke, Victoria W.
                                  84941  Pascu, Paul Albert
                                 315569  Perot, Lawrence A.
                                 315157  Pinkston, Andrew Jamel
                                 317272  Porter, Marwan Emmett
                                 307710  Rajotte, Christopher John
                                  90007  Richman, Jessica Louise
                                  57409  Rishkofski, Melinda Ann
                                  90110  Robinson, Kristi Jasberg
                                  55337  Rokisky, Jeffrey J.
                                  61827  Ruvoldt Jr., Harold J.
                                  13440  Sagett, Samuel H.
                                  75496  Sahai, Manjari
                                  88547  Sbarge, Jean Karen
                                  82377  Scharfenberg, Michelle P.
                                 308047  Shabazz, Khalifah Lucille
                                  93451  Shaltiel, Yifat
```

```
        313615  Shevin, Casey Rose
         93784  Simons, Jeffrey S.
         66589  Slade, Kelli Luck
         56720  Spinelli, Frances Laura
         77703  Stofman, Marc Harris
        315723  Tice, Amy Carolyn
        153924  Tracy, Daniel George
         58373  Tran, Phong Ngoc
         44140  Waller, Lorraine E.
         83638  Ward, Virginia Cora
        313159  Weintraub, Jesse Trent
```

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____

```
Out Of State( Continued )        201527  Whetzel Jr., James Garvin
                                 308525  Wildes, David Matthew
                                 310039  Williams, Kathleen Giles
                                 313432  Wright, Grant Cameron
                                  93673  Yaksich, Joseph Theodore
                                 205612  Yim, Edward P.
                                 203793  Zerra, Jennifer Lynn
```

           COUNT OF ATTORNEYS FOR ACTIVE  STATUS IS 352

```
DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 34
TIME: 14:23:09                   NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                          LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                         REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
```

_____

Chester                          205424  Alterman, Lauren Palik

DATE: 03/13/2017          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 35
TIME: 14:23:09                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                        LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                    REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: COMPLIANCE YEAR END DATE = 08312016 GROUP 2, REINST FEE ASSESSED
_____
_____

Lehigh                          318163  Lyon, Kate Renee


        COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL  STATUS IS 2


        TOTALS PER COUNTY:

            Philadelphia              80
            Lancaster                  2
            Northampton                3
            Allegheny                 41
            Erie                       3
            Bucks                     15
            Northumberland             1
            Cumberland                 6
            Westmoreland               3
            Luzerne                    2
            Dauphin                    2
            Chester                   11
            Union                      1
            Clarion                    1
            York                       2
            Berks                      3
            Washington                 3
            Venango                    1
            Lehigh                     3
            Delaware                  23
            Armstrong                  1
            Mercer                     1

```
Montgomery                          21
Bradford                             1
Wyoming                              1
Lackawanna                           3
Centre                               1
Butler                               2
Lebanon                              2
Out Of State                       113
Chester                              1
Lehigh                               1


TOTAL NUMBER OF LAWYERS REPORTED:    354
```